## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared annual reports to the United States Trustee's Office.

2. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3. The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

4. The Trustee attended to tax issues concerning the estate.

5. The Trustee reviewed the claims filed in this case.

6. Trustee objected to debtor's discharge after debtor failed to pay the Trustee over $6,000 as ordered by court. Trustee's objection was overruled even though debtor failed to account for the disposition of the tax refund in her schedules. Further, debtor paid debts to relatives and bought a lot of cheap furniture to the detriment of her creditors and herself.

7. Trustee waives all fees and expenses in this case out of differences and respect to the court's ruling.

8. As a result Trustee can nevertheless pay a dividend of 7.94% to unsecured creditors.

9. Trustee's time records are attached for the court's review.

**EXHIBIT A**