**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HISKES, MARK D | ) | |
| HISKES, JULIE A | ) | CASE NO. 05 B 20230 |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
       219 SOUTH DEARBORN, COURTROOM 719
       CHICAGO, ILLINOIS 60604

   on: **January 9, 2008**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $      15,037.92

   b. Disbursements                               $          20.42

   c. Net Cash Available for Distribution$    15,017.50

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 2,253.79 | $ |
| Trustee | $ 0.00 | $ | $ 189.25 |
| Trustee's Firm Legal | $ 0.00 | $ 8,982.25 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 57.58 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $38,940.49, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $8.44%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Northern Leasing Systems | $ 2,798.25 | $ 236.04 |
| 2 | Kohl's Department Store | $ 2,558.91 | $ 215.84 |
| 3 | Citibank USA NA | $ 6,717.86 | $ 566.65 |
| 4 | Citibank (South Dakota) NA | $ 25,767.52 | $ 2,173.49 |
| 5 | Citibank (South Dakota) NA | $ 1,097.95 | $ 92.61 |

7.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **December 7, 2007**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1              User: amcc7                  Page 1 of 1              Date Rcvd: Dec 10, 2007
Case: 05-20230                    Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on Dec 12, 2007.
db         +Mark Donald Hiskes,    14909 Avers Ave,    Midlothian, IL 60445-3422
jdb        +Julie Anne Hiskes,    14909 Avers Ave,    Midlothian, IL 60445-3422
aty        +Allan G Sweig,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty        +Jeff A Whitehead,    Law Office of Jeff Whitehead,    700 West Van Buren,    Suite 1506,
             Chicago, IL 60607-3617
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9370646     AT&T Universal Card,    PO Box 688911,    Des Moines, IA 50368-8911
9370647     Bank One Cardmember Service,    P.O. Box 78131,    Phoenix, AZ 85062-8131
9370648    +Best Payment Solutions,    710 Quail Ridge Drive,    Westmont, IL 60559-6153
9370649     Capital One,   P.O. Box 790216,    Saint Louis, MO 63179-0216
9370651     Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
9370652    +Citi Card,    PO Box 6413,    The Lakes, NV 88901-6413
10466031    Citibank (South Dakota) NA,    Exception Payment Processing,    PO box 6305,
             The Lakes, NV 88901-6305
10414450   +Citibank USA NA,    P O Box 182149,    Columbus, OH 43218-2149
9370653    +Global eTelecom, Inc,    35008 Emerald Cost Parkway,    4th Floor,    Destin, FL 32541-4754
10001489   +Kohl's Department Store,    P O Box 740933,    Dallas, TX 75374-0933
10001519   +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
9370654     Kohls,   PO Box 3084,    Milwaukee, WI 53201-3084
9370655    +Northern Leasing Systems,    132 West 31st Street,    14th Flo,    New York, NY 10001-3406
9370656     S&S Towing,    2503 N. Mannheim,    Melrose Park, IL 60165
9370657     Sears Card,    PO Box 182156,    Columbus, OH 43218-2156
9370658     Trans National Bancard, Inc.,    412 Souht Wells Street,    4th Floor,    Chicago, IL 60607

The following entities were served by electronic transmission on Dec 11, 2007.
9370650    +Fax: 602-221-4614 Dec 11 2007 03:59:59     Chase Automotive Finance,    PO Box 5210,
             New Hyde Park, NY 11042-5210
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2007**          **Signature:** _Joseph Speetjens_